COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Mack Watson, Jr. v. The State of Texas

Appellate case number:    01-21-00281-CR

Trial court case number:   1520070

Trial court:              263rd District Court of Harris County

A jury convicted appellant, Mack Watson, Jr., of the offense of murder, and assessed his punishment at confinement for forty years. The trial court appointed Andrew J. Smith to represent appellant on appeal. On January 24, 2022, appellant's appointed counsel filed a motion to withdraw as appellant's counsel, stating that he had "been appointed by the Harris County District Court Judges to serve as a Felony Associate Judge" beginning February 1, 2022.

Accordingly, on February 8, 2022, the Court abated this appeal and remanded the case to the trial court to determine whether appellant's appointed counsel, Andrew J. Smith, should be allowed to withdraw from representing appellant on appeal, and if so, the Court further directed the trial court to appoint counsel, at no expense to appellant, to represent him on appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 1.051(a), (c), (d)(1); 26.04(a), (b)(1), (p). On February 14, 2022, the trial court clerk filed a supplemental clerk's record including: (1) an order signed by the trial court granting Andrew J. Smith's motion to withdraw, and (2) an order appointing Mark A. Rubal to represent appellant on appeal.

On April 12, 2022, we reinstated the case and set a deadline for filing of appellant's brief as May 12, 2022. On May 12, 2022, appellant's appointed counsel filed a first motion to extend the time for filing a brief. The motion was granted and the deadline for filing appellant's brief was extended to June 13, 2022. On June 13, 2022, appellant's appointed counsel filed a second motion to extend the time for filing a brief. The motion was granted and the deadline for filing appellant's brief was extended to July 13, 2022. On July 13, 2022, appellant's appointed counsel filed a third motion to extend the time for filing a brief. The motion was granted and the deadline for filing appellant's brief was extended to August 10, 2013. Appellant was further notified that no further extensions would be granted, and the failure to file a brief would result in the appeal being abated for the trial court to hold a hearing to determine the reason for the failure to file a brief.

Despite the Court's notice, on August 9, 2022, appellant's appointed counsel filed a fourth motion to extend the time for filing a brief. Appellant's appointed counsel requests a thirty-day extension for filing his brief, stating that good cause exists for the extension because he is "currently managing a heavy litigation docket" and is "dealing with a termite issue at his home." Appellant's appointed counsel further states that good cause exists because he is "missing volume 2 of the reporter['s] record." However, we note that the Court's records reflect that volume 2 of the reporter's record was filed with the Clerk of this Court on September 17, 2021.

Appellant's fourth motion for extension of time to file a brief is **granted**. Appellant's brief is due to be filed **no later than September 8, 2022**. **No further extensions will be considered** by the Court and failure to file a brief by September 8, 2022 will result in abatement of the appeal for the trial court to conduct a hearing to determine whether good cause exists to relieve appellant's appointed counsel of his duties as appellant's counsel on appeal.

It is so ORDERED.


Judge's signature: _____/s/ Amparo Guerra_____
        ☑ Acting individually    ☐ Acting for the Court

Date: __August 16, 2022_____